# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Renate Evangeline Postelmans, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Detective Dustin Celander of the ) | |
| Williston Police Department, ) | Case No. 1:18-cv-214 |
| ) | |
| Defendant. ) | |

On August 1, 2025, the court held a mid-discovery status conference with the parties by telephone. During the conference, there was some discussion regarding the extension of the deadline to complete fact discovery. Following the conference the conference, the court was advised that the parties had agreed to extend the discovery deadline until December 1, 2025. The court **ADOPTS** the parties' agreement. Fact discovery will be completed by the following deadline, with all discovery pursuant to Rules 33, 34, and 36 to be served a minimum of thirty-three (33) days prior to the deadline: December 1, 2025.

**IT IS SO ORDERED.**

Dated this 1st day of August, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochlater, Magistrate Judge
United States District Court