# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Renate E. Postelmans, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Detective Dustin Celandar of the ) | Case No. 1:18-cv-214 |
| Williston Police Department, ) | |
| ) | |
| Defendant. ) | |

On October 29, 2025, Plaintiff filed a Motion for Extension of Time to Complete Discovery. (Doc. No. 45). The Parties's deadline to complete fact discovery is December 1, 2025. (Doc. No. 41). Plaintiff requests that the court extend this deadline until December 31, 2025.

The court **GRANTS** Plaintiff's motion (Doc. No. 45). The Parties shall have until December 31, 2025, to complete fact discovery.

**IT IS SO ORDERED.**

Dated this 30th day of October, 2025.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court