**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Renate Envangeline Postelmans, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Detective Dustin Celander of the Williston | ) | Case No. 1:18-cv-214 |
| Police Department, | ) | |
| | ) | |
| Defendant. | ) | |

The parties's deadline for completing fact discovery was April 24, 2026. On April 24, 2026, Plaintiff filed a motion seeking (1) a limited extension of discovery deadline to allow for service of a service of the subpoena (the issuance of which was authorized by the court in an order dated January 26, 2026) on the Family Crisis Shelter in Williston, North Dakota, a nonparty, and (2) an order directing the United States Marshal to serve subpoena. (Doc. No. 82). She avers that, through no fault of her own, subpoenas for the Family Crisis Shelter sent via certified mail by the Clerk's office to the Family Crisis Shelter "address obtained from publicly available sources" were returned as undeliverable.

The court **GRANTS** Plaintiff's motion (Doc. No.82) and shall extend the deadline for completing discovery until May 24, 2026. The Clerk's office shall provide the subpoena to the United States Marshal for service on the Family Crisis Shelter at the following address provided by Plaintiff: 421 34th St. E, Williston, ND 58501.

**IT IS SO ORDERED.**

Dated this 30th day of April, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District court