**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Renate Evangeline Postelmans, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:18-cv-214 |
| Detective Dustin Celander of the Williston | ) | |
| Police Department, | ) | |
| | ) | |
| Defendant. | ) | |

On June 23, 2026, Defendant filed a Motion for Leave to File a Supplemental Memorandum in Support of Defendant's Motion for Summary Judgment. (Doc. No. 85). Defendant notes that, since filing the Motion for Summary Judgment, Plaintiff was permitted to file an Amended Complaint to include new claims. Defendant requests leave to file a supplemental memorandum to address these new claims.

The court **GRANTS** Defendant's motion (Doc. No. 85). Defendant shall have until July 10, 2026, to file a supplemental memorandum in support of the Motion for Summary Judgment. Plaintiff shall have until July 31, 2026, to file a response to the supplemental memoradum, after which Defendant shall have 7 days to file a supplemental rely.

To ensure there is sufficient time for the consideration of the parties' supplemental briefing, the court on its own motion shall cancel the final pretrial conference and jury trial respectively scheduled for August 11 and 26, 2026, with the understanding that they shall be rescheduled as necessary at a later date.

**IT IS SO ORDERED.**

Dated this 25th day of June, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court